CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MAGNETAR TECHNOLOGIES CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTAMIN, LTD., a Maryland corporation,<br><br>Defendant | Case No. SA CV 07-1052 GAF (JCGx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT INTAMIN, LTD.** |

The Court, having granted summary judgment in favor of defendant Intamin, Ltd. ("Defendant"), and against plaintiff Magnetar Technologies Corp. ("Plaintiff"), on the First, Second and Third Claims for Relief in the Second Amended Complaint,

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered in favor of Defendant Intamin, Ltd. and against Plaintiff Magnetar Technologies Corp.

Dated:  June 3, 2013

_____
UNITED STATES DISTRICT JUDGE

- 1 -

JUDGMENT