LINK: 145

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 07-1052 GAF (JCGx) | Date | June 18, 2013 |
|---|---|---|---|
| Title | Magnetar Technologies Corp v. INTAMIN, LTD | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**         **(In Chambers)**

**ORDER RE: MAGNETAR'S APPLICATION TO FILE UNDER SEAL MATERIALS IN OPPOSITION TO INTAMIN'S MOTION FOR SUMMARY JUDGMENT**

On April 1, 2013, Plaintiff Magnetar Technologies Corporation ("Magnetar" or "Plaintiff") filed an "Application to File Records in Opposition to Defendant Intamin, Ltd.'s Motion for Summary Judgment Under Seal." (Docket No. 145 [Application to Seal ("App.")].) The Court denied the request, explaining that "Magnetar ha[d] made no effort to meet th[e] standard" governing the sealing of materials pertinent to dispositive motions, as set forth in Nixon v. Warner Communications, 435 U.S. 589 (1978), and Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006). The Court instructed Magnetar to "redact the portions of its documents it truly believes there to be a compelling reason to seal, and file those documents on the public docket . . . ." (Docket No. 146 [4/3/13 Order] at 2.)

Concededly, the Court's Order did not make clear that, in addition to filing redacted versions of the documents in question, Magnetar should have filed a new "Application to File Under Seal" articulating the reasons it believes the Nixon standard is satisfied here. Magnetar is reminded that because the public has a "general right to inspect and copy public records and documents," Nixon, 435 U.S. at 597, that "'compelling reasons' must be shown to seal judicial records attached to a dispositive motion." Kamakana, 447 F.3d at 1179.

/ / /

LINK: 145

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 07-1052 GAF (JCGx) | Date | June 18, 2013 |
|---|---|---|---|
| Title | Magnetar Technologies Corp v. INTAMIN, LTD | | |

**Accordingly, Magnetar is ORDERED to file a new application to seal explaining why it believes the <u>Nixon</u> standard is met here.  Magnetar is further ORDERED to file with the Court <u>unredacted</u> versions of <u>only those pages it redacted from its Opposition materials</u> to facilitate the Court's review of the Application.  These materials should be filed by close of business Monday, June 24, 2013.**

**IT IS SO ORDERED.**